Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
ALEXANDER ABBE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE BRANCH

ALEXANDER ABBE,

    Plaintiff,

v.

CONRAD ACCEPTANCE CORPORATION and CONRAD CREDIT CORPORATION,

    Defendants.

Case No.: CV10-03554

COMPLAINT AND DEMAND FOR JURY TRIAL

(Unlawful Debt Collection Practices)

## VERIFIED COMPLAINT

Plaintiff, ALEXANDER ABBE ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., alleges the following against Defendants, CONRAD ACCEPTANCE CORPORATION and CONRAD CREDIT CORPORATION (collectively, "Defendants"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

///

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendants conduct business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in San Jose, Santa Clara County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendants, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendants are debt collectors as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendants are collection agencies with a business office in Escondido, California.

10. Defendants acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendants place collection calls to Plaintiff seeking and demanding payment for an alleged debt (Account Numbers: 2980706 and 594903 / File Number: 594903).

12. Plaintiff's alleged debt owed is for transactions for personal, family, and household purposes.

13. Defendants call Plaintiff from 760-735-5000, 760-735-5005, and 888-904-8963.

- 2 -

PLAINTIFF'S COMPLAINT

14. Defendants failed to disclose in subsequent communications that the calls were from a debt collector (see transcribed voice messages, attached hereto as Exhibit A).

## COUNT I
## DEFENDANTS VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendants violated the FDCPA based on the following:

   a. Defendants violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   b. Defendants violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   c. Defendants violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   d. Defendants violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, ALEXANDER ABBE, respectfully requests judgment be entered against Defendants, CONRAD ACCEPTANCE CORPORATION and CONRAD CREDIT CORPORATION, for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANTS VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

PLAINTIFF'S COMPLAINT

the allegations in Count II of Plaintiff's Complaint.

20. Defendants violated the RFDCPA based on the following:

    a. Defendants violated *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, ALEXANDER ABBE, respectfully requests judgment be entered against Defendants, CONRAD ACCEPTANCE CORPORATION and CONRAD CREDIT CORPORATION, for the following:

21. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788.30(c)*, and

23. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ALEXANDER ABBE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: August 9, 2010

KROHN & MOSS, LTD.

By: _____

Michael S. Agruss
Attorney for Plaintiff,
ALEXANDER ABBE

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, ALEXANDER ABBE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendants(s), cause unnecessary delay to any Defendants(s), or create a needless increase in the cost of litigation to any Defendants(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALEXANDER ABBE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 8-2-2010                                      _____
                                                                    ALEXANDER ABBE

# Exhibit A

**Alexander Abbe v. Conrad Acceptance Corporation and Conrad Credit Corporation**

Call as soon as possible. It's important that we do speak Xander. My phone number is (760) 735-5000 and my extension is 378. Once again Xander, this is Anthony. I'm calling from Conrad Acceptance. It's important. Thank you.

Hi Alexander, this is Anthony Sumano calling from Conrad Acceptance. Please do return the phone call at (760) 735-5000, extension 378. It's important we do speak. Call me as soon as possible. Thank you.

Yes, this message is for Alexander. My name is Trish. I'm calling from Conrad Credit. My direct line is (888) 904-8963. My extension is 658. Your file number is 594903. Once again, Trish at extension 658. Thank you.