1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  ALEXANDER ABBE

**GRANTED**
*Judge Maria-Elena James*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

6              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
7                        **SAN JOSE BRANCH**

8  ALEXANDER ABBE,              )   Case No.: CV10-3554 MEJ
                                 )
9           Plaintiff,           )   **NOTICE OF SETTLEMENT**
                                 )
10     v.                        )
                                 )
11 CONRAD ACCEPTANCE CORPORATION )
   and CONRAD CREDIT CORPORATION,)
12                               )
                                 )
13         Defendants.           )

14     NOW COMES the Plaintiff, ALEXANDER ABBE, by and through the undersigned

15 counsel and hereby informs the court that a settlement of the present matter has been reached and

16 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

17 next 40 days.

18     Plaintiff therefore requests that this honorable court vacate all dates currently set on

19 calendar for the present matter.

20                                   Respectfully Submitted,

21 DATED:  September 28, 2010       KROHN & MOSS, LTD.

22

23                                  By: /s/  Michael S. Agruss

24                                  Michael S. Agruss
                                    Attorney for Plaintiff

25 Plaintiff shall file a dismissal or request that the matter be placed back on calendar by
   November 30, 2010.

- 1 -

**NOTICE OF SETTLEMENT**